# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 688 MAL 2015

         Respondent      :

     :    Petition for Allowance of Appeal from

     :    the Order of the Superior Court

         v.      :

RICHARD C. KLINGER II,      :

         Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.